◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY HANELY, Appellant. [966 NYS2d 870]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Chin Brandt, J.), rendered July 14, 2011, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his waiver of indictment was valid (*see* NY Const, art I, § 6; CPL 195.10, 195.20; *People v Pierce*, 14 NY3d 564, 567-568 [2010]; *People v Gramola*, 102 AD3d 810, 810 [2013], *lv denied* 20 NY3d 1099 [2013]). Therefore, the defendant was properly prosecuted by superior court information. Balkin, J.P., Hall, Lott and Miller, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERWIN JACKSON, Appellant. [966 NYS2d 869]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 30, 1988 (*People v Jackson*, 145 AD2d 646 [1988]), affirming a judgment of the County Court, Nassau County, rendered April 18, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Balkin, Roman and Miller, JJ., concur.